# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jeneen A. Wilson, | ) | Case No.: 12-22469-JAD |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| Wells Fargo Bank, N.A., | ) | Document No.: |
|     Movant, | ) | Related to Document No.: |
| | ) | Related to Claim No.: 14 |
| vs. | ) | |
| | ) | |
| Jeneen A. Wilson and | ) | |
| Ronda J. Winnecour, Esquire (Trustee), | ) | |
|     Respondents. | ) | |

## DECLARATION REGARDING CHAPTER 13 PLAN DATED MAY 22, 2012

    The Debtor has reviewed the Movant's Notice of Mortgage Payment Change filed with the Court on December 4, 2012. The Debtor's existing chapter 13 plan dated May 22, 2012 lists the claim of the Movant under section 6, as a secured claim not to be paid due to surrender of collateral. No amended plan is necessary to account for the Movant's Notice of Mortgage Payment Change.

                                        Respectfully submitted,

                                        THE DEBT DOCTORS, LLC

Date:  December 19, 2012                    /s/ Stephen J. Hanak
                                                                     Stephen J. Hanak, Esquire
                                                                     PA ID No. 208165
                                                                     1701 Grant Building
                                                                     Pittsburgh, PA 15219
                                                                     (412) 395-6001
                                                                     sjh@thedebtdoctors.com