**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeneen A. Wilson** | : | Case No. 12–22469–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Wells Fargo Bank, NA | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 14 |
| v. | : | |
| Jeneen A. Wilson | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **6th day of February, 2014,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Wells Fargo Bank, NA*** at Claim No. 14 in the above–captioned bankruptcy case,

It is hereby ***ORDERED*** that ***on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, following which time the Court will schedule a hearing on the matter.

***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge