## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JENEEN A. WILSON, | ) | Case No. 12-22469 |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Wells Fargo Bank, NA, | ) | Related to Claim No. 14 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jeneen A. Wilson and | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| Respondents. | ) | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

The Debtors have reviewed the Movant's Notice of Mortgage Payment Change filed with the Court on February 5, 2014. The Debtor's existing chapter 13 plan proposes surrendering the collateral securing the Movant's claim. No amended plan is required.

Respectfully submitted,
THE DEBT DOCTORS, LLC

Date: February 26, 2014

By: */s/ Matthew M. Herron*
Matthew M. Herron, Esq.
PA ID No.: 88927
1701 Grant Building
Pittsburgh, PA 15219
(412) 395-6001
mmh@thedebtdoctors.com

{P0336543.1 }