**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/20/2015

IN RE:

JENEEN A. WILSON
1432 ADAMS STREET
PITTSBURGH, PA 15233
XXX-XX-6588         Debtor(s)

Case No. 12-22469 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.
2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]
3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]
4. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]
5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]
6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and/or proofs of claim.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/20/2015

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

PETER J ASHCROFT ESQ  BERNSTEIN-BURKLEY PC 2200 GULF TOWER 707 GRANT ST PITTSBURGH, PA  15219

| | | | |
|---|---|---|---|
| $0.00 | ACCT: | Percent to be paid: 0.00 | Interest Rate:0.00 |
| NOTICE ONLY | DUQ LITE/PRAE | | |
| Claim No: 1 | Monthly Payment:$0.00 | | |

BENEFICIAL MORTGAGE CORP* (RE)  ATTN REAL ESTATE PMT PROCESSNG 636 GRAND REGENCY BLVD  BRANDON, FL  33510

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 1432 ADAMS ST | Percent to be paid: 0.00 | Interest Rate:0.00 |
| PRIMARY RES MORTGAGE REGUL | SURR/PL*3RD/SCH*CL@26 | | |
| Claim No: 2 | Monthly Payment:$0.00 | | SURRENDERED |

REAL TIME RESOLUTIONS INC(*)  PO BOX 35888    DALLAS, TX  75235

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 7405 | Percent to be paid: 0.00 | Interest Rate:0.00 |
| PRIMARY RES MORTGAGE REGUL | SURR/PL*4TH/SCH*CL=$26891.79 | | |
| Claim No: 3 | Monthly Payment:$0.00 | | SURRENDERED |

URBAN REDEVELOPMENT AUTHORITY(*)  C/O PNC BANK**  (CONSUMER LOANS)POB 747032  PITTSBURGH, PA  15219

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 1432 ADAMS ST | Percent to be paid: 0.00 | Interest Rate:0.00 |
| PRIMARY RES MORTGAGE REGUL | SURR/PL*2ND/SCH | | |
| Claim No: 4 | Monthly Payment:$0.00 | | SURRENDERED |

WELLS FARGO BANK NA  ONE HOME CAMPUS MAC# X2302-04C  DES MOINES, IA  50328

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 8504 | Percent to be paid: 0.00 | Interest Rate:0.00 |
| PRIMARY RES MORTGAGE REGUL | SURR/PL*1ST/SCH*CL=38546.45*AMD | | |
| Claim No: 5 | Monthly Payment:$0.00 | | SURRENDERED |

ACE CASH EXPRESS  GOLETA NATIONAL BANK 445 PINE AVE  GOLETA, CA  93117

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 7846 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH | | |
| Claim No: 6 | Monthly Payment:$0.00 | | NOT FILED |

ALLIED DATA CORP  ATTN BANKRUPTCY DEPT 13111 WESTHEIMER 4TH FLR  HOUSTON, TX  77077

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 1734 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | AMERIMARK DIRECT/SCH | | |
| Claim No: 7 | Monthly Payment:$0.00 | | NOT FILED |

CBCS  POB 69    COLUMBUS, OH  43216

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 1478 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH*ALLEGHENY SPECIALTY PRACTICE/SCH | | |
| Claim No: 8 | Monthly Payment:$0.00 | | NOT FILED |

CBCS  POB 69    COLUMBUS, OH  43216

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 6563 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH*ALLEGHENY SPECIALTY PRACTICE/SCH | | |
| Claim No: 9 | Monthly Payment:$0.00 | | NOT FILED |

CREDIT BUREAU CENTER  POB 273    MONROE, WI  53566

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 7731 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | MASON SHOES/SCH | | |
| Claim No: 10 | Monthly Payment:$0.00 | | NOT FILED |

ER SOLUTIONS INC  500 SW 7TH ST #A100    RENTON, WA  98057

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 7A2Y | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH*MASSEYS/SCH | | |
| Claim No: 11 | Monthly Payment:$0.00 | | NOT FILED |

QUANTUM3 GROUP LLC AGNT - GALAXY ASSET PURCHASING  PO BOX 788   KIRKLAND, WA  98083-0788

| | | | |
|---|---|---|---|
| $604.36 | ACCT: 7840 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | 3259/SCH*WELLS FARGO/SCH | | |
| Claim No: 12 | Monthly Payment:$0.00 | | |

GREAT AMERICAN HOME BAKING  POB 371363   PITTSBURGH, PA  15250-7363

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 4149 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH | | |
| Claim No: 13 | Monthly Payment:$0.00 | NOT FILED | |

QUANTUM3 GROUP LLC AGNT - WFNB  PO BOX 788   KIRKLAND, WA  98083-0788

| | | | |
|---|---|---|---|
| $317.18 | ACCT: 9150 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | LANE BRYANT | | |
| Claim No: 14 | Monthly Payment:$0.00 | | |

LITERARY GUILD SELECT  CUSTOMER SERVICEPOB 6400  CAMP HILL, PA  17012-6400

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 3430 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH | | |
| Claim No: 15 | Monthly Payment:$0.00 | NOT FILED | |

FDS BANK/MACYS  C/O NCO FINANCIAL SYSTEMSPOB 4275  NORCROSS, GA  30091

| | | | |
|---|---|---|---|
| $873.17 | ACCT: 9060 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | 7131/SCH | | |
| Claim No: 16 | Monthly Payment:$0.00 | | |

MIDLAND FUNDING  8875 AERO DRIVE, SUITE 200   SAN DIEGO, CA  92123

| | | | |
|---|---|---|---|
| $1,137.15 | ACCT: 1674 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | HSBC BANK | | |
| Claim No: 17 | Monthly Payment:$0.00 | | |

BOOKSPAN MYSTERY GUILD  POB 988   HARRISBURG, PA  17108-0988

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 3261 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH | | |
| Claim No: 18 | Monthly Payment:$0.00 | NOT FILED | |

AMERICAN INFOSOURCE LP AGENT FOR INSOLVE RECOVERY  PO BOX 269093   OKLAHOMA CITY, OK  73126-9093

| | | | |
|---|---|---|---|
| $1,528.04 | ACCT: 5005 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | 0325/SCH*CAPITAL ONE/SCH | | |
| Claim No: 19 | Monthly Payment:$0.00 | | |

REIMAN PUBLICATIONS  POB 992   GREENDALE, WI  53129

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 8094 | Percent to be paid: 100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT ADR/SCH~HEALTHY COOKING MAGAZINE/SCH | | |
| Claim No: 20 | Monthly Payment:$0.00 | NOT FILED | |

RJM ACQUISITIONS LLC*  575 UNDERHILL BLVD STE 224   SYOSSET, NY  11791

| | | | |
|---|---|---|---|
| $0.00 | ACCT: 0452 | Percent to be paid: 0.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | COLUMBIA HOUSE/SCH*CL@28 | | |
| Claim No: 21 | Monthly Payment:$0.00 | | |

S JAMES WALLACE ESQ  GRIFFITH MCCAGUE & WALLACE PC408 CEDAR AVE  PITTSBURGH, PA  15212

| | | | |
|---|---|---|---|
| $0.00 | ACCT: | Percent to be paid: 0.00 | Interest Rate:0.00 |
| NOTICE ONLY | EQUITABLE GAS/PRAE | | |
| Claim No: 22 | Monthly Payment:$0.00 | | |

RJM ACQUISITIONS LLC*  575 UNDERHILL BLVD STE 224   SYOSSET, NY  11791

| | | | |
|---|---|---|---|
| $55.41   ACCT: 3142 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT/SCH*DOUBLE DAY BOOK CLUB | | |
| Claim No: 23 | Monthly Payment:$0.00 | | |

MACYS RETAIL HOLDINGS INC  C/O NCO FINANCIAL SYSTEMS INCPOB 4275  NORCROSS, GA  30091

| | | | |
|---|---|---|---|
| $733.67   ACCT: 2967 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NUM NT/SCH | | |
| Claim No: 24 | Monthly Payment:$0.00 | | |

QUANTUM3 GROUP LLC  POB 788   KIRKLAND, WA  98083-0788

| | | | |
|---|---|---|---|
| $1,147.09   ACCT: 6296 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT/SCH*ELITE RECOVERY ACQUISITIONS (FCNB) | | |
| Claim No: 25 | Monthly Payment:$0.00 | | |

BENEFICIAL CDC/HOUSEHOLD (RE)*  ATTN REAL ESTATE PMT PROCESSING636 GRAND REGENCY BLVD  BRANDON, FL  33510

| | | | |
|---|---|---|---|
| $26,038.59   ACCT: 0189 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | SEC/SCH@CID 2~SURR/PL*3RD/SCH*MTN TO REQ SATISFACTION PENDING!!*DKT!! | | |
| Claim No: 26 | Monthly Payment:$0.00 | | |

DUQUESNE LIGHT COMPANY(*)  C/O KRYSIA KUBIAK - ASST GEN COUNSEL411 7TH AVE - 16-1  PITTSBURGH, PA  15219

| | | | |
|---|---|---|---|
| $190.41   ACCT: 4002 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT/SCH | | |
| Claim No: 27 | Monthly Payment:$0.00 | | |

JEFFERSON CAPITAL SYSTEMS LLC*  POB 953185   ST LOUIS, MO  63195-3185

| | | | |
|---|---|---|---|
| $105.76   ACCT: 0452 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | SCH @ 21*RJM ACQUISTIONS (COLUMBIA HOUSE) | | |
| Claim No: 28 | Monthly Payment:$0.00 | | |

JEFFERSON CAPITAL SYSTEMS LLC*  POB 953185   ST LOUIS, MO  63195-3185

| | | | |
|---|---|---|---|
| $1,211.48   ACCT: 9004 | | Percent to be paid:  100.00 | Interest Rate:0.00 |
| UNSECURED CREDITOR | NT/SCH*DENOVUS CORP (FINGERHUT/YESDIRECT/AXSYS NB) | | |
| Claim No: 29 | Monthly Payment:$0.00 | | |

WELLS FARGO BANK NA  ONE HOME CAMPUSMAC# X2302-04C  DES MOINES, IA  50328

| | | | |
|---|---|---|---|
| $0.00   ACCT: 8504 | | Percent to be paid:  0.00 | Interest Rate:0.00 |
| Post Petition Claim (1305) | $300.00*NTC POST-PET FEE/EXP*SURR/PL | | |
| Claim No: 30 | Monthly Payment:$0.00 | | SURRENDERED |

| | |
|---|---|
| TOTAL | $33,942.31 |